# United States Court of Appeals
## For the Eighth Circuit

_____

No. 13-3717
_____

Shawn P. Shelton

*Plaintiff - Appellant*

Kevin Zody

*Plaintiff*

v.

Kimberly Richardson; Jason Ratcliff; Robert Fields; Mimi Leonard; Larry Lipscomb

*Defendants - Appellees*
_____

Appeal from United States District Court
for the Southern District of Iowa - Des Moines
_____

Submitted: July 3, 2014
Filed: July 14, 2014
[Unpublished]
_____

Before LOKEN, MURPHY, and SMITH, Circuit Judges.
_____

PER CURIAM.

Iowa inmate Shawn Shelton appeals the district court's[1] orders, entered in his 42 U.S.C. § 1983 action, dismissing one claim on initial review, denying his motions to amend his complaint, and finally granting summary judgment to defendants. Having carefully reviewed the record de novo and considered Shelton's arguments for reversal, we conclude that the district court properly dismissed Shelton's retaliation claim and properly granted summary judgment for defendants, for the reasons explained in the court's thorough orders. We conclude as well that the district court did not abuse its discretion in denying Shelton's motions to amend his complaint, which sought to add claims and defendants not related to the original complaint, and did not cure the defects that resulted in dismissal. Accordingly, we affirm. See 8th Cir. R. 47B.

————————————————

[1]The Honorable Robert W. Pratt, United States District Judge for the Southern District of Iowa, adopting the report and recommendation of the Honorable Celeste F. Bremer, United States Magistrate Judge for the Southern District of Iowa.